IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:20-CV-365-D

| | |
|---|---|
| EVANS METROPOLITAN AME ZION CHURCH,<br><br>Plaintiff,<br><br>v.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>Defendant. | **STIPULATION OF DISMISSAL<br>AS TO ALL PENDING<br>CLAIMS AND COUNTERCLAIMS** |

Plaintiff Evans Metropolitan AME Zion Church and Defendant Brotherhood Mutual Insurance Company, by and through undersigned counsel, stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims of Plaintiff Evans Metropolitan AME Zion Church against Defendant Brotherhood Mutual Insurance Company are hereby dismissed with prejudice, and that all counterclaims of Defendant Brotherhood Mutual Insurance Company against Plaintiff Evans Metropolitan AME Zion Church are hereby dismissed with prejudice. The undersigned counselors hereby report to the Court that this case has been resolved in its entirety and there is nothing left to be heard. Furthermore, as of the signing of this Stipulation, the parties shall bear their own fees, costs, and expenses.

Date: August 10, 2021.

**WE SO STIPULATE:**

| | |
|---|---|
| /s/ REBECCA H. UGOLICK<br>REBECCA H. UGOLICK<br>NC State Bar No. 48126<br>ROBERT H. JESSUP<br>NC State Bar No. 42945<br>Attorneys for Plaintiff<br>HOWARD, STALLINGS, FROM,<br>ATKINS, ANGELL & DAVIS, P.A.<br>P.O. Box 12347, Raleigh, NC 27605<br>PH: (919) 821-7700<br>Email: rugolick@hsfh.com;<br>rjessup@hsfh.com | /s/ JOHN THOMAS CROOK<br>JOHN THOMAS CROOK<br>NC State Bar No. 35232<br>DAVID S. COATS<br>NC State Bar No. 16162<br>Attorneys for Defendant<br>BAILEY & DIXON, L.L.P.<br>P.O. Box 1351, Raleigh, NC 27602<br>PH: (919) 828-0731<br>Email: jcrook@bdixon.com;<br>dcoats@bdixon.com |

/s/ STEVEN M. BUSH
STEVEN M. BUSH
FL State Bar No. 121483
WILLIAM L. FLOURNOY
FL State Bar No. 116163
Attorneys for Plaintiff
6622 Southpoint Drive, S., Ste. 190
Jacksonville, FL 32216
PH: (904) 552-1006
Email: SMBush@bushlawgroup.net
       WLFlournoy@bushlawgroup.net

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on the date stated below he filed the foregoing with the Court through its CM/ECF System, which will electronically serve a copy of the same upon all parties to this action.

    Date: August 10, 2021.

    BY: /s/ REBECCA H. UGOLICK
REBECCA H. UGOLICK
NC State Bar No. 48126
ROBERT H. JESSUP
NC State Bar No. 42945
Attorneys for Plaintiff
HOWARD, STALLINGS, FROM,
ATKINS, ANGELL & DAVIS, P.A.
P.O. Box 12347
Raleigh, NC 27605
PH:    (919) 821-7700
Email: rugolick@hsfh.com
        rjessup@hsfh.com