IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:20-CV-365-D

| | |
|---|---|
| EVANS METROPOLITAN AME ZION CHURCH,<br><br>                          Plaintiff,<br><br>v.<br><br>BROTHERHOOD MUTUAL INSURANCE<br>COMPANY,<br><br>                         Defendant. | **ORDER GRANTING<br>STIPULATION OF DISMISSAL<br>OF ENTIRE ACTION WITH<br>PREJUDICE** |

The Court, upon the presentation of the Stipulation of Dismissal with Prejudice filed by

Plaintiff Evans Metropolitan AME Zion Church, orders that the matter is hereby dismissed in its

entirety, with prejudice, and each party shall be responsible for its own costs.

SO ORDERED. This **11** day of August 2021.

James C. Dever III
United States District Judge